933.8847

AO 442    (Rev. 10/03) Warrant for Arrest

UNSEALED 9/17/13 kem

# UNITED STATES DISTRICT COURT
Southern District of California

**FILED**
SEP 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
Michael Vannek Khem Misiewicz (2)

**WARRANT FOR ARREST**

Case Number: 13MJ3457

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Leonard Glenn Francis
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to commit bribery

DATE: 9/16/13
ARRESTED BY: NCIS - SD
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: (signature)

in violation of Title  18  United States Code, Section(s)  371

The Honorable David H. Bartick
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

9/12/2013         San Diego, California
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

5199 DCIF