AO 442 (Rev. 10/03) Warrant for Arrest                    UNSEALED

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
SEP 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
Michael Vannek Khem Misiewicz (2)

**WARRANT FOR ARREST**

Case Number: 13MJ3457

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Leonard Glenn Francis
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to commit bribery

in violation of Title __18__ United States Code, Section(s) __371__

The Honorable David H. Bartick
Name of Issuing Officer

[Signature] SEAL
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

9/12/2013                    San Diego, California
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

333 West Harbor Dr., San Diego CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/13/2013 | John E. Helsing | [Signature] |
| DATE OF ARREST 09/16/2013 | Special Agent DCIS | |

(12) KCM

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Leonard Glenn Francis

ALIAS: None

LAST KNOWN RESIDENCE: 40 Nassim Rd. Singapore

LAST KNOWN EMPLOYMENT: CEO GDMA

PLACE OF BIRTH: Penang, Malaysia

DATE OF BIRTH: 10/22/1964

SOCIAL SECURITY NUMBER: None

HEIGHT: 6'3"                                      WEIGHT: 350 lbs

SEX: Male                                          RACE: Asian

HAIR: Black                                        EYES: Black

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: None

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: —

INVESTIGATIVE AGENCY AND ADDRESS: DCIS
4542 Ruffner St., Suite 360
San Diego CA 92111