LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Assistant U.S. Attorney
Colorado Bar No.: 34615
ROBERT S. HUIE
Assistant U.S. Attorney
California Bar No.: 237374
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9714
Email: mark.pletcher@usdoj.gov

JEFFREY KNOX
Chief, Fraud Section
CATHERINE VOTAW
Trial Attorney, Fraud Section
Pennsylvania Bar No.: 34823
BRIAN YOUNG
Trial Attorney, Fraud Section
Criminal Division
Ohio Bar No.: 0078395
Tel: (202) 353-0449
Email: Cathy.Votaw2@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3782 JLS |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | Title 18, U.S.C., Sec. 371 – Conspiracy to Commit Bribery |
| LEONARD GLENN FRANCIS (1), and MICHAEL VANNEK KHEM MISIEWICZ (2), | |
| Defendants. | |

FILED
OCT 1 5 2013

The United States charges that, at all times relevant to this Information:

1. Defendant LEONARD GLENN FRANCIS was a citizen of Malaysia, residing in Singapore. FRANCIS was the Chief Executive Officer and President of Glenn Defense Marine (Asia) ("GDMA"), a corporation organized under the laws of Singapore, which provided "husbanding" services under contracts with the U.S. Navy to support the Navy's operations in the Pacific Ocean. "Husbanding" involves the coordinating, scheduling, and direct and indirect procurement of items and services required by ships and submarines when they arrive at port.

2. Defendant MICHAEL VANNEK KHEM MISIEWICZ has been a Commander with the U.S. Navy, serving as the Commanding Officer of the USS Mustin from in or about June 2010 to in or about January 2011, and as the Deputy Operations Officer for the Commander of the U.S. Seventh Fleet from in or about January 2011 to in or about December 2012. Both of these assignments involved the U.S. Navy's operations in the Far East, and MISIEWICZ was stationed on ship or in Japan. Since in or about December 2012, he has been assigned to the U.S. Northern Command in Colorado.

3. As a Commander in the U.S. Navy, MISIEWICZ was a "public official" as defined in 18 U.S.C. § 201(a). It was a violation of his official and lawful duties to transmit information that the U.S. Navy had classified as "Confidential" or "Secret" to any person not entitled to receive it, and (b) to make unauthorized disclosures of proprietary, internal U.S. Navy information.

4. FRANCIS was arrested for his role in the offense charged in this Information on September 16, 2013, in the Southern District of California.

### THE CONSPIRACY

5. Beginning in or about May 2010, and continuing up to in or about December 2012, defendants FRANCIS and MISIEWICZ knowingly conspired to commit bribery, in violation of Title 18, United States Code, Sections 201(b)(1)(A) and (C),

and (b)(2)(A) and (C), with such offense begun and committed on the high seas and outside any particular district.

## OBJECT OF THE CONSPIRACY

6. It was the object of the conspiracy for FRANCIS to offer and provide things of value to or on behalf of MISIEWICZ, including travel expenses, entertainment, and prostitutes, in return for MISIEWICZ providing classified and other internal U.S. Navy information to FRANCIS, and being influenced in the performance of his official acts.

## METHODS AND MEANS OF THE CONSPIRACY

7. In furtherance of this conspiracy, and to accomplish its object, the following methods and means were used, among others:

    a.    FRANCIS would give, offer, and promise things of value to or on behalf of MISIEWICZ, including travel expenses, entertainment, and prostitutes.

    b.    MISIEWICZ would demand, seek, receive, accept and agree to receive and accept these things of value from FRANCIS.

    c.    In exchange for things of value, MISIEWICZ would provide FRANCIS with classified and other internal U.S. Navy information, and would make recommendations and use his influence within the U.S. Navy as to prospective ship movements and other matters to benefit FRANCIS and GDMA.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed:

    a.    In or about June 2011, FRANCIS paid the airfare for MISIEWICZ to travel to Cambodia on vacation.

    b.    On or about July 4, 2011, MISIEWICZ emailed FRANCIS certain internal U.S. Navy ship movement schedules for the following two months, which he was not authorized to disclose to FRANCIS.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

9. The allegations set forth in paragraphs 1 through 8 of this Information are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c).

10. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the above-named defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), including but not limited to all property, real or personal, which constitutes or is derived from proceeds traceable to bribes or a bribery conspiracy, as alleged in this Information.

DATED: October 15, 2013.

LAURA E. DUFFY
United States Attorney

By: *[signature]*

MARK W. PLETCHER
ROBERT S. HUIE
Assistant U.S. Attorneys

JEFFREY H. KNOX
Chief, Fraud Section
Criminal Division

By: *[signature]* for

CATHERINE VOTAW
BRIAN YOUNG
Trial Attorneys
Fraud Section
U.S. Department of Justice

4