# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

S~~EAL~~ED (SEXED stamp with X through AL)

Unsealed per Court Order - ECF 372 (T. Hernandez)

UNITED STATES OF AMERICA )
vs )
LEONARD GLENN FRANCIS )
)
)
)

CASE NUMBER 13CR3781-JW
13CR3782-JW
~~13CR4287-JLS~~

ABSTRACT OF ORDER

Booking No. 45415298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/26/2018__ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [✓] Defendant released on $ __O/R W/GPS__ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no. _____
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [✓] Other. THE COURT REVISES PREVIOUS ABSTRACT TO ALLOW DEFENDANT TO REMAIN ON MEDICAL FURLOUGH AND CONTINUED GPS MONITORING UNTIL MAY 31, 2018. DEFENDANT WILL RETURN TO CUSTODY AND CONTINUE DETENTION ON MAY 31, 2018.

Hon. Janis L. Sammartino
UNITED STATES ~~MAGISTRATE~~ JUDGE

OR

Received _____
DUSM

JOHN MORRILL          Clerk
by _____
Deputy Clerk

Crim-9 (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

287 alf  ALEX RAMOS (619) 557-5291

CLERK'S COPY