Unsealed per Court Order - ECF 372 (T. Hernandez

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CASE NUMBER 13CR4287-JLS
vs ) 13CR3782-JLS
) 13CR3781-JLS
LEONARD GLENN FRANCIS )
) ABSTRACT OF ORDER
)
) Booking No. 45415298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/10/2018__ the Court entered the following order:

☐ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

✓ Defendant released on $ __O/R  w/GPS__ bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no. _____

☐ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. THE COURT REVISES PREVIOUS ABSTRACT TO ALLOW DEFENDANT TO REMAIN ON MEDICAL FURLOUGH AND CONTINUES GPS MONITORING UNTIL JUNE 18, 2018. THE DEFENDANT WILL RETURN TO CUSTODY AND CONTINUE DETENTION ON JUNE 18, 2018.

Hon. Janis Sammartino
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____
DUSM

OR

JOHN MORRILL
by _____ Clerk
_____ Deputy Clerk

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CC: PTS

ALEX RAMOS (619)557-5291

CLERK'S COPY