# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JUN 14 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

☒ SEALED ☒

Unsealed per Court Order - ECF 372 (T. Hernandez

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 13CR 3781-JLS |
| ) | 13CR 3782-JLS |
| vs ) | 13 CR 4287-JLS |
| ) | ABSTRACT OF ORDER |
| ) | Booking No. 45415298 |
| LEONARD GLENN FRANCIS ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/14/2018__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __O/R  W/GPS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. THE COURT REVISES PREVIOUS ABSTRACT TO ALLOW DEFENDANT TO REMAIN ON MEDICAL FURLOUGH AND CONTINUED GPS MONITORING UNTIL 8/31/2018. DEFENDANT WILL RETURN TO CUSTODY AND REMOTE DETENTION ON 8/31/2018.

Hon. Janis Sammartino

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Received __[signature]__ DUSM

OR

JOHN MORRILL  Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

ALEX RAMOS
(619) 557-5291