# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  13CR 3782-JLS |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No.  454 15298 |
| LEONARD GLENN FRANCIS | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/28/2018__
the Court entered the following order:

RECEIVED
U.S. MARSHALS-S/CA
2018 SEP 12 PM

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __O/R W/GPS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. THE COURT REVISES PREVIOUS ACT/ORDER TO ALLOW DEFENDANT TO REMAIN ON MEDICAL FURLOUGH AND CONTINUED GPS MONITORING UNTIL 9/21/2018. DEFENDANT WILL RETURN TO CUSTODY AND CONTINUE DETENTION ON 9/21/2018

**Hon. Janis L. Sammartino**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____  JOHN MORRILL         Clerk
         DUSM             by _____
                                Deputy Clerk

Crim-9   (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

TN: JAIME SCHIMMEL      (32)    Max RAMOS (619) 557-5291

**CLERK'S COPY**