UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: |
| | 3:13-cr-03782-JLS |
| Plaintiff, | 3:13-cr-03781-JLS |
| | 3:13-cr-04287-JLS |
| v. | |
| | ORDER MODIFYING RELEASE |
| LEONARD GLENN FRANCIS, | ORDER |
| Defendant. | |

Medical necessity having been established, and for good cause shown at the hearing on October 4, 2018, the Court amends the temporary release order, as follows:

1.  The medical furlough is extended through February 1, 2019.

2.  A status conference shall be held on January 31, 2019, at 10:00 a.m.

3.  All other conditions remain in effect.

So ordered.

Dated:  October 4, 2018

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge

1