# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

*~~SEALED~~*
Unsealed per Court Order - ECF 372 (T. Hernandez)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 13CR3782-JLS |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 45415 298 |
| EDWARD GLENN FRANCIS ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/24/2019__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __O/R w/PTS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. THE COURT REVISES PREVIOUS ABSTRACT TO ALLOW DEFENDANT TO REMAIN ON MEDICAL FURLOUGH AND CONTINUED GPS MONITORING UNTIL 9/9/2019. DEFENDANT WILL RETURN TO CUSTODY AND CONTINUE DETENTION ON 9/9/2019.

Hon. Janis Sammartino
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

OR

JOHN MORRILL    Clerk
by _____ Deputy Clerk

Received _____ DUSM

ATTN: IZQUIERDO, USM

Crim-9 (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

332 alj ALEX RAMOS (619) 557-9291