# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



**SEALED**
Unsealed Per Court Order
01/20/2022 (A Ramos)

| UNITED STATES OF AMERICA | CASE NUMBER 13CR3782-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| LEONARD GLENN FRANCIS | Booking No. 45415298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **January 29, 2021** the Court entered the following order:

- [X] Defendant be release from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on **O/R W/GPS** Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [X] Other. The Court revises the previous abstract to allow defendant to remain on medical furlough and continued GPS monitoring until March 8, 2021. The defendant will return to custody and continue detention on March 8, 2021.

Janis L. Sammartino
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Alex Ramos ext. 5291

2/4/21
Electronically Sent to USMS

**ATTN: DENNIS COUGHLIN, DUSM**

Crim-9 (Rev. 05/20)
Original

# Alex Ramos

| | |
|---|---|
| **From:** | <CAS.Releases@usdoj.gov> |
| **To:** | Alex Ramos |
| **Sent:** | Thursday, February 04, 2021 2:28 PM |
| **Subject:** | Read: 13CR3782-JLS (Sealed) |

Your message

  To: CAS Releases
  Subject: 13CR3782-JLS (Sealed)
  Sent: Thursday, February 4, 2021 2:24:29 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Thursday, February 4, 2021 2:25:45 PM (UTC-08:00) Pacific Time (US & Canada).