UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br><br>Defendant - Appellant. | No. 24-7001<br><br>D.C. No.<br>3:13-cr-03781-JLS-1<br><br>Southern District of California,<br>San Diego<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br><br>Defendant - Appellant. | No. 24-7003<br><br>D.C. No.<br>3:13-cr-03782-JLS-1<br><br>Southern District of California,<br>San Diego |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br><br>Defendant - Appellant. | No. 24-7008<br><br>D.C. No.<br>3:13-cr-04287-JLS -1<br><br>Southern District of California,<br>San Diego |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br><br>Defendant - Appellant. | No. 24-7034<br><br>D.C. No.<br>3:24-cr-02313-JLS-1<br><br>Southern District of California, San Diego |

The judgment of this Court, entered December 19, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT